**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**


SAMUEL RESTREPO CANO

    v.             Civil No. 26-cv-217-JL-AJ

SUPERINTENDENT, STRAFFORD COUNTY
  DEPARTMENT OF CORRECTIONS;
DIRECTOR, BOSTON FIELD OFFICE,
  UNITED STATES IMMIGRATION
  AND CUSTOMS ENFORCEMENT

## **O R D E R**


Petitioner, a civil immigration detainee, filed this Petition for a writ of habeas corpus

under 28 U.S.C. § 2241 (Doc. No. 1), challenging his detention at the Strafford County

Department of Corrections ("SCDC"), in United States Immigration and Customs Enforcement

("ICE") custody.  The Petition is before this court to determine whether the claims asserted are

not facially invalid and may proceed.  See 28 U.S.C. § 2243; Rules 1(b) & 4 of the Rules

Governing Section 2254 Cases; LR 4.3(d)(4).

Petitioner asserts that he was arrested by ICE agents on March 17, 2026, and he remains in

ICE custody.  Petitioner challenges his ICE arrest and detention as unlawful under the Fifth

Amendment Due Process Clause and the Immigration and Naturalization Act.  Petitioner seeks

immediate release or a bond hearing.

Petitioner's claims warrant service and a response.  The clerk's office shall:

- Provide an electronic copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Serve the SCDC Superintendent by sending the same documents, by email, to Strafford County Attorney Emily Garod at: egarod@straffordcounty.gov,  and copy that email to Meghan Raiche at mraiche@straffordcounty.gov, and the SCDC Superintendent at cbrackett@straffordcounty.gov.

- Send copies of the same documents by certified mail to:

  - **Director**, Boston Field Office, U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803; and

  - **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

The Federal Respondents are directed to file an answer or dispositive motion in response to the Petition (Doc. No. 1) within seven days of the date of this Order.  If any Respondent files a dispositive motion in lieu of an answer, that Respondent's deadline for filing an answer is extended until fourteen days after the court rules on the dispositive motion.  No more than fourteen days after the answer is filed, Respondents shall file either a motion for summary judgment, or a statement representing that an evidentiary hearing is necessary.

The SCDC Superintendent must file an appearance in this matter within fourteen days of service upon him.  The SCDC Superintendent is not required to file an answer or other response to the Petition until further court order.

Any party may request a status conference at any time, including before service on Respondents is complete.

Respondents shall provide this court with at least 72 hours of advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction.  Such notice shall be filed in writing on the docket of this proceeding and shall state the reasons for such action and why the move should not be stayed pending further court proceedings.  Notice of Petitioner's release from custody may be provided after the fact.

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

March 24, 2026

cc:    David Teich, Esq.